# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Raymond Dwayne Turner,

    Plaintiff,

v.

Gila County, et al.,

    Defendants.

No. CV 22-00659-PHX-DWL (MTM)

**ORDER**

Upon the Court's own review of the record, and in light of Defendants' pending Motion for Sanctions, which seeks dismissal of this matter pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to respond to Defendants' discovery requests within 30 days as set forth in the District Judge's December 29, 2023 Order (Doc. 64),

**IT IS ORDERED** that the dispositive motion deadline is stayed until such time that the Court rules on Defendants' Motion for Sanctions;

**IT IS FURTHER ORDERED** that the Court will provide an updated dispositive motion deadline within 15 days of its ruling on Defendants' Motion for Sanctions, if the matter is not dismissed in its entirety;

**IT IS FURTHER ORDERED** denying Defendants' Motion for Clarification & Reconsideration (Doc. 69) as moot.

Dated this 4th day of March, 2024.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge